UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIN CARLVIN,<br><br>       Petitioner,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>       Respondents. | 1:05-cv-00595-REC-SMS-HC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** (Doc. 7)<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT** |

    Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

    On July 6, 2005, the Magistrate Judge filed a Report and Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED pursuant to Local Rule 11-110.  This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty (20) days from the date of service of that order.  To date, the parties have not filed timely objections to the Report and Recommendation.

//

/

1

1    In accordance with the provisions of 28 U.S.C. § 636
(b)(1)(C), this Court has conducted a *de novo* review of the case.
Having carefully reviewed the entire file, including Petitioner's
objections, the Court concludes that the Magistrate Judge's Report
and Recommendation is supported by the record and proper analysis.
Petitioner's objections present no grounds for questioning the
Magistrate Judge's analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Report and Recommendation, filed July 6, 2005, is
ADOPTED IN FULL;

   2.   The Petition for Writ of Habeas Corpus is DISMISSED
pursuant to Local Rule 11-110; and,

   3.   The Clerk of Court enter judgment.

IT IS SO ORDERED.

**Dated:  August 9, 2005**              _/s/ Robert E. Coyle_
668554                              UNITED STATES DISTRICT JUDGE